FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 0 6 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | Criminal Action No. |
| TERRELL DAVIS | 1:20-CR-509-MLB |

I, TERRELL DAVIS, the above-named defendant, who is accused of the following offenses:

Count 1: Conspiracy to Possess Marijuana with Intent to Distribute, in violation of Title 21, United States Code, Section 846;

Count 2: Possession of Marijuana with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1);

Count 3: Conspiracy to Possess Marijuana with Intent to Distribute, in violation of Title 21, United States Code, Section 846;

Count 4: Possession of Marijuana with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1);

Count 5: Possession of a Firearm and Ammunition by a Conviction of a Felony Offense, in violation of Title 18, United States Code, Section 922(g)(1);

Count 6: Money Laundering Conspiracy, in violation of Title 18, United States Code, Section 1956(h); and

Count 7: Possession of a Contraband Cellular Phone, in violation of Title 18 United States Code, Sections 1791(a)(2) and 1791(d)(l)(F),

being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court on January 6, 2021, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Terrell Davis
Defendant

_____
Brian Steel
Counsel for Defendant
GA Bar #677640

Before _____
Judicial Officer