FILED IN CHAMBERS
U.S.D.C. Atlanta

JAN 0 6 2021

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERRELL DAVIS, A/K/A "RALO" | Criminal Action No.<br><br>1:20-cr-00509-MLB |

**CONSENT PRELIMINARY ORDER OF FORFEITURE**

Terrell Davis, a/k/a "Ralo" having pleaded guilty to Counts One through Six of the Information, pursuant to which the United States sought forfeiture of certain property under 21 U.S.C. § 853, 18 U.S.C. § 924(d) and 18 U.S.C. § 982(a)(1), and the Court having determined that the property described below is subject to forfeiture pursuant thereto, that the Government has established the requisite nexus between said property and the offenses charged in Counts One through Six of the Information and the Defendant having consented to this Consent Preliminary Order of Forfeiture becoming final as to him, being made a part of his sentence and being included in the judgment against him;

IT IS HEREBY ORDERED that Terrell Davis shall forfeit to the United States the following property pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d) and 18 U.S.C. § 982(a)(1):

    a. REAL PROPERTY:

        i. 1177 Lucile Avenue, all Units 1 through 20, Atlanta, Georgia 30310, more particularly described as:
Unit: 1:

All that tract or parcel of land lying and being in Land Lot 117 in the 14th District of Fulton County, State of Georgia, and being more particularly described as follows:
Condominium Unit 1, Building A of Historic West End Condominium, a Condominium, as more particularly described and delineated in the Declaration of Condominium for Historic West End Condominium, recorded in Deed Book 42429, Page 608, et seq: Fulton County, Georgia Records, as may be amended.
This conveyance is made subject to the declarations and all matters referenced therein, all matters shown on the Plat recorded in Condominium Plat Book 17, Page 74, Fulton County, Georgia records, as may be amended and the floor plans recorded in Condominium Floor Plan Book 33, Pages 357-364, aforesaid records, as may be amended.
Parcel ID Number: 14-0117-0004-120-3;

Unit: 2:
All that tract or parcel of land lying and being in Land Lot 117 in the 14th District of Fulton County, State of Georgia, and being more particularly described as follows:
Condominium Unit 2 of Historic West End Condominium, a Condominium, as more particularly described and delineated in the Declaration of Condominium for Historic West End Condominium, recorded in Deed Book 42429, Page 608, et seq: Fulton County, Georgia Records, as may be amended, together with all right, use and interest in the Common Elements as set forth in said Declaration.
This conveyance is made subject to the declarations and all matters referenced therein, all matters shown on the Plat recorded in Condominium Plat Book 17, Page 74, Fulton County, Georgia records, as may be amended and the floor plans recorded in Condominium Floor Plan Book 33, Pages 357-364, aforesaid records, as may be amended. Parcel ID No.: 14-0117-0004-121-1;
Units: 3, 5, 6, 7-9, 13-14, 16, 17, 19:

All that tract or parcel of land lying and being in the City of Atlanta in Land Lot Number 117 in the 14th District of Fulton County, State of Georgia, and being more particularly described as follows:
Condominium Units 3,5,7 & 8 of Building A of Historic West End Condominium, as more particularly described and delineated in the declaration of Condominium for Historic West End Condominium, recorded in Deed Book 42429, Page 608, et seq: Fulton County, Georgia Records, as may be amended.
This conveyance is made subject to the declarations and all matters referenced therein, all matters shown on the Plat recorded in Condominium Plat Book 17, Page 74, Fulton County, Georgia records, as may be amended and the floor plans recorded in Condominium Floor Plan Book 33, Pages 357-364, aforesaid records, as may be amended.
Also, all that tract or parcel of land lying and being in the City of Atlanta in Land Lot 117 of the 14th District of Fulton County, Georgia, and being more particularly described as follows:
Condominium Units 13 & 14 of Historic West Condominium, a condominium, as more particularly described and delineated in Plat Book IAS more particularly described and delineated in Condominium Plat Book 17, Page 74, and the declaration of Condominium for Historic West End Condominium, recorded in Deed Book 42429, Page 608, et Seq., Fulton County, Georgia Records, as may be amended.
Also, All that tract or parcel of land lying and being in the City of Atlanta in Land Lot Number 117 in the 14th District of Fulton County, State of Georgia, and being more particularly described as follows:
Condominium Units 9 & 17 of Building B of Historic West End Condominium, as more particularly described and delineated in the declaration of Condominium for Historic West End Condominium, recorded in Deed Book 42429, Page 608, et seq: Fulton County, Georgia Records, as may be amended.

This conveyance is made subject to the declarations and all matters referenced therein, all matters shown on the Plat recorded in Condominium Plat Book 17, Page 74, Fulton County, Georgia records, as may be amended and the floor plans recorded in Condominium Floor Plan Book 33, Pages 357-364, aforesaid records, as may be amended.
Also, all that tract or parcel of land lying and being in the City of Atlanta in Land Lot 117 of the 14th District of Fulton County, Georgia, and being Condominium Units 16 & 19 of Historic West Condominium, as per plats recorded in Condo Book 17, Page 72, and Re-Recorded at Condo Book 17, Page 74, and Condo Floor Plan Book 33, Pages 357-364, and subject to that declaration of Condominium for Historic West End Condominium, dated 4/25/06, recorded in Deed Book 42429, Page 608, Fulton County, Georgia Records, which plats are made part of this description by reference thereto;

Unit 4:
All that tract or parcel of land lying and being in Land Lot 117 of the 14th District of Fulton County, Georgia, being Unit 4, Historic West End Condominium, as per plats recorded at Condo Book 17, page 72, as re-recorded in Condo Plat 17, page 74, and Condo Floor Plan book 33, pages 357-364, and subject to that Declaration of Condominium for Historic West End Condominium, dated 4/25/06, recorded in Deed Book 42429, Page 608, Fulton County Records. Tax Parcel ID No.: 14-0117-0004-123-71;

Unit 10:
All that tract or parcel of land lying and being in Land Lot 117 in the 14th District of Fulton County, Georgia being Unit 10, Building B, Historic West End Condominium, as per plats recorded at Condo Book 17, page 72, as re-recorded in Condo Plat 17, page 74, and Condo Floor Plan Book 33, pages 357-364, and subject to that Declaration of Condominium for Historic West End Condominium, dated 4/25/06, recorded in Deed Book 42429, Page 608, Fulton County Records, which

plats are made a part of his description by reference thereto; and being improved property known as 1177 Lucile Ave., SW, Unit 10, according to the present system by numbering property in Fulton County, Georgia. Tax Parcel ID No.: 14-0117-0004-12941;

Unit 11:
All that tract or parcel of land lying and being in Land Lot 117 in the 14th District of Fulton County, Georgia being Unit 11, Building B, Historic West End Condominium, as per plats recorded at Condo Book 17, page 72, as re-recorded in Condo Plat 17, page 74, and Condo Floor Plan Book 33, pages 357-364, and subject to that the Declaration of Condominium for Historic West End Condominium, dated 4/25/06, recorded in Deed Book 42429, Page 608, Fulton County Records, which plats are made a part of his description by reference thereto; and being improved property known as 1177 Lucile Ave., SW, Unit 11, according to the present system by numbering property in Fulton County, Georgia;

Unit 12:
All that tract or parcel of land lying and being in Land Lot 117 of the 14th District of Fulton County, Georgia being more particularly described as follows:
Condominium Unit 12 of Historic West End Condominium, a Condominium as more particularly described and delineated in the Declaration of Condominium for Historic West end Condominium, recorded in Deed Book 42429, Page 608, et seq., Fulton County, Georgia Records, as may be amended. This conveyance is made subject to the Declaration and all matters reference therein, all matters shown on the plat recorded in Condominium Plat Book 17, Page 74, Fulton County, Georgia Records, as may be amended and the floor plans recorded in Condominium Floor Plan book 33, Pages 357-364, aforesaid records as may be amended. Parcel ID No.: 14-0117-0004-131-01;

Unit 15:
All that tract or parcel of land lying and being in Land Lot 117 in the 14th District of Fulton County, Georgia being Unit 15, Historic West End Condominium, as per plats recorded at Condo Book 17, page 72, as re-recorded in Condo Plat 17, page 74, and Condo Floor Plan Book 33, pages 357-364, and subject to that the Declaration of Condominium for Historic West End Condominium, dated 4/25/06, recorded in Deed Book 42429, Page 608, Fulton County Records, which plats are made a part of his description by reference thereto; and being improved property known as 1177 Lucile Ave., SW, Unit 15, according to the present system by numbering property in Fulton County, Georgia;

Unit 18:
All that tract or parcel of land lying and being in Land Lot 117 in the 14th District of Fulton County, Georgia being Unit 18, Building B, Historic West End Condominium, as per plats recorded at Condo Book 17, page 72, as re-recorded in Condo Plat 17, page 74, and Condo Floor Plan Book 33, pages 357-364, and subject to that the Declaration of Condominium for Historic West End Condominium, dated 4/25/06, recorded in Deed Book 42429, Page 608, Fulton County Records, which plats are made a part of his description by reference thereto; and being improved property known as 1177 Lucile Ave., SW, Unit 15, according to the present system by numbering property in Fulton County, Georgia;

Unit 20:
All that tract or parcel of land lying and being in Land Lot 117 in the 14th District of Fulton County, State of Georgia, and being more particularly described as follows:
Condominium Unit 20 of Historic West End Condominium, a Condominium, as more particularly described and delineated in the Declaration of Condominium for Historic West End Condominium, recorded in Deed Book 42429, Page 608, et seq: Fulton County, Georgia Records, as may be amended,

together with all right, use and interest in the Common Elements as set forth in said Declaration.
This conveyance is made subject to the declarations and all matters referenced therein, all matters shown on the Plat recorded in Condominium Plat Book 17, Page 74, Fulton County, Georgia records, as may be amended and the floor plans recorded in Condominium Floor Plan Book 33, Pages 357-364, aforesaid records, as may be amended. Parcel ID No.: 14-0117-0004-139-3;

ii. 1908 Kimberly Road, Atlanta, Georgia 30331, more

particularly described as:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING LAND LOT 31 IN THE 14TH DISTRICT OF FORMERLY FAYETTE, NOW FULTON COUNTY, GEORGIA BEING PART OF LOT 15, BLOCK "F", BEN HILL TERRACE SUBDIVISON, AS PER PLATS RECORDED AT PLAT BOOK 35, PAGE 70 FULTON COUNTY, GEORGIA RECORDS, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING at an iron pin at the corner formed by the intersection of the southeasterly side of Kimberly Road with the southwesterly side of Grant Place; running thence southwesterly along the southeasterly side of Kimberly Road; a distance of 125.0 feet to an iron pin and Lot 14 of said block and subdivision; running thence southeasterly along the northeasterly line of said Lot 14, a distance of 122.0 feet to an iron pin; running thence northeasterly, a distance of 131.5 feet to an iron pin on the southeasterly side of Grant Place; running thence northwesterly along the southwesterly side of Grant Place, a distance of 156.0 feet to an iron pin on the southeasterly side of Kimberly Road and the point of BEGINNING. Being improved property having a one-story brick house hereon and being known as No. 1908 Kimberly Road, S.W., Atlanta, GA and being the same property

conveyed unto "Bernard Walker" via warranty deed dated June 25, 1975, recorded in Deed Book 6295. Page 442;

iii. 1918 W. Kimberly Road, Atlanta, Georgia 30331, more particularly described as:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 31 IN THE 14TH DISTRICT OF FULTON COUNTY, GEORGIA BEING LOT 21, BLOCK D, BEN HILL TERRACE, , AS PER PLATS RECORDED AT PLAT BOOK 35, PAGE 70 FULTON COUNTY, GEORGIA RECORDS, TO WHICH REFEREENCE IS MADE FOR THE PURPOSE OF INCORPORATING THE SAME AS A PART HEREIN.
PROPERTY KNOWN AS: 1918 WEST KIMBERLY RD SW, ATLANTA, GA 30331;

iv. 229 Maple Street, Atlanta, Georgia 30314, more particularly described as:

All that tract or parcel of land lying and being situate in Land LOT 83, of the 14TH District, Fulton County, Georgia, and being more particularly described as follows:
Beginning at a point located on the Eat Right-of-Way line of Maple Street (a 25 foot Right-of-Way), fifty-one and ninety-four hundredths (51.94) feet South of the intersection of the East Right-of-Way line of Maple Street and the Southerly Right-of-Way lie of Thurmond Street ( 50 foot Right-of-Way), as measured along the East Right-of-Way line of Maple Street; run thence from said point of beginning South 87 degrees 03 minutes 38 seconds East, a distance of seventy-six and seventy-nine hundredths (76.79) feet to an iron pin found; running thence South 00 degrees 50 minutes 36 seconds West, a distance of forty-four and five hundredths (44.05) feet to an iron pin found; running thence North 87 degrees 07 minutes 10 seconds West; a distance of seventy-six and eighty-one

hundredths (76.81) feet to an iron pin found on the East Right-of-Way line of Maple Street; running thence North 00 degrees 52 minutes 38 seconds East, along the East Right-of-Way line of Maple Street, a distance of forty-four and thirteen hundredths (44.13) feet to an iron pin found and the Point of Beginning; being improved property known as 229 Maple Street, according to the present system of numbering houses in the City of Atlanta, Fulton County, Georgia.

b. VEHICLES:

   i. 2010 Ford Econoline E-350 Van, VIN 1FBSS3BL3ADA12654.

   ii. 2015 Lamborghini Aventador Coupe, VIN ZHWUR1ZDXFLA03556.

   iii. 2010 Mercedes Benz E350, VIN WDDHF5GB5AA070763.

c. FIREARMS AND AMMUNITION:

   i. HS Products XDS 9mm pistol, serial no. S3756180.

   ii. Walther PK380 .380 caliber pistol, serial no. WB08776.

d. CASH AND BANK FUNDS:

   i. $146,361.21 seized from SunTrust Bank account XXXXXXXX7387 held in the name of Famerica, LLC.

   ii. $1,806.03 seized from SunTrust Bank account XXXXXXXX4003 held in the name of Famerica, LLC.

e. PERSONAL PROPERTY:

   i. One (1) black iPhone with SIM card, serial number 353050090844984.

   ii. One (1) black iPhone with SIM card, serial number 353024096171007.

    iii. One (1) Samsung Galaxy S8 with SIM card, serial number 357721082189085.

    iv. One (1) ZTE model Z833 mobile phone with SIM card, serial number 325176231892.

    v. One (1) silver iPhone SE model A1662 with SIM card, serial number 356598081208442.

    vi. One (1) G Drive USP-C 4tb external hard drive with power cable and USB cable, serial number WCC7K3UAX54.

    vii. One (1) 18kt white gold Rolex "President" watch with 15.00 carats of diamonds.

    viii. One (1) 14kt white gold "Famerica" pendant with 25.00 carats of diamonds and chain.

    ix. One (1) 14kt white gold "dog bone Ralo" charm with approximately 7.00 carats of diamonds.

    x. One (1) 14kt white gold Avianne charm with approximately 5 carats total weight of diamonds.

    xi. One (1) 14kt white gold "BMG" charm with approximately 3.00 carats of diamonds.

    xii. One (1) 14kt white gold tennis necklace with 120 diamonds and a total weight of approximately 25.00 carats.

    xiii. One (1) 14kt white gold tennis necklace with 96 diamonds and a total weight of approximately 24.00 carats.

    xiv.  One (1) 14kt white gold ring with 34 diamonds and a total weight of approximately 7.00 carats.

    xv.  One (1) 14kt white gold cluster earring with 18 diamonds and a total weight of approximately 1.20 carats.

    xvi.  One (1) 14kt white gold "Allah" pendant with 150 diamond and a total weight of approximately 4.00 carats.

    xvii.  One (1) 14kt white gold grill with 269 diamonds and a total weight of 5.00 carats.

    xviii.  One (1) 14kt white gold grill with diamonds and a total weight of 8.00 carats.

    xix.  One (1) 14kt white gold three-row diamond bracelet with a total weight of 12 carats.

IT IS HEREBY ORDERED that upon entry of this order, the United States Attorney General, or his designee, is authorized to seize the property in accordance with Fed. R. Crim. P. 32.2(b)(3).

The United States shall publish notice of this Order and its intent to dispose of the property in accordance with Fed. R. Crim. P. 32.2(b)(6) and in such a manner as described in Supplemental Rule G(4)(a)(iii) and (iv) of the Federal Rules of Civil Procedure. The United States shall send written notice, in accordance with Supplemental Rule G(4)(b)(iii)-(v), to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the above-listed property in the ancillary proceeding.

Pursuant to 21 U.S.C. § 853(n)(2), as incorporated by 28 U.S.C. § 2461(c), any person, other than the named Defendant, asserting a legal interest in the property may within thirty days of the final publication of the notice or their receipt of the notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of their alleged interest in the property and for an amendment to the order of forfeiture. Any petition filed by a third party asserting an interest in the property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstance of the petitioner's acquisition of the right, title, or interest, and any additional facts supporting the petitioner's claim and the relief sought.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the property following the Court's disposition of all third-party interests or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of the third-party petitions. The Court shall retain jurisdiction to enforce this order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture is hereby final as to the Defendant, but remains

preliminary as to third parties until the ancillary proceeding is concluded under Rule 32.2(c).

SO ORDERED this \_\_6th\_\_ day of \_\_January\_\_, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

Submitted by:

_____
Sekret T. Sneed
Assistant United States Attorney

Consented to:

_____ 1-6-21
Brian Steel
Attorney for Defendant
Georgia Bar No. 677640